J-A08008-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| DONNA M. OLEY, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| NORMAN J. OLEY, | : | |
| | : | |
| Appellee | : | No. 187 MDA 2014 |

Appeal from the Order Entered January 9, 2014
in the Court of Common Pleas of Northumberland County,
Civil Division, at No(s): 09815-CV-14-142, PACSES NO. 602112782

BEFORE:    SHOGAN, WECHT, and STRASSBURGER,* JJ.

CONCURRING AND DISSENTING MEMORANDUM BY STRASSBURGER, J.:

**FILED JUNE 26, 2015**

In a superb analysis of Husband's income situation, recognizing that he and his brother are "cooking the books",[1] the learned Majority points the gun, but does not pull the trigger.  I would grant the relief requested in the

---

[1] The Majority laments the absence of (1) a trial court opinion and (2) a master's report.  The Majority has performed admirably without either. Moreover, while the Rules of Civil Procedure permit the appointment of a master in divorce, **see** Rule 1920.15, in my view masters are vastly over-utilized.  In many counties, masters are routinely appointed in divorce cases, and in many situations, litigants must pay for the master.  Something is wrong with a system that allows Mellon Bank and U.S. Steel, or any other Fortune 500 company, to try a case for free before a judge for weeks or even months, while a Husband and Wife must pay for the privilege of litigating about their life's assets. **See** Carol J. King, *Burdening Access to Justice: The Cost of Divorce Mediation on the Cheap*, 73 St. John's L. Rev. 375, 381 (1999) (discussing, *inter alia*, the significant legal and policy questions concerning access to justice raised by states' programs mandating divorcing parties to mediate or utilize special masters and pay for such services).

*Retired Senior Judge assigned to the Superior Court.

conclusion of Wife's brief, finding Husband's net income for 2010 to be $13,233.25 per month and for 2011, $16,273.00 per month and remand only for the purpose of recalculation of the support order.